IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 25 CR 025 WMC |
| DEMETRIUS BROWN, | 18 U.S.C. §§ 111(a)(1) and (b) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about August 24, 2024, in the Western District of Wisconsin, the defendant,

DEMETRIUS BROWN,

knowingly and intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an employee of the Federal Bureau of Prisons, Federal Correctional Institution, Oxford, a person designated in 18 U.S.C. § 1114, while that employee was engaged in the performance of his official duties, and such conduct involved physical contact and inflicted bodily injury.

(In violation of Title 18, United States Code, Sections 111(a)(1) and (b)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 3-12-2025

TIMOTHY M. O'SHEA
United States Attorney